United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Turner  
    Debtor

Case No. 17-15761-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: YvetteWD     Page 1 of 1     Date Rcvd: Sep 13, 2018  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2018.  
14037982     +U.S. ROF III Legal Title Trust 2015-1,   C/O Fay Servicing LLC,   3000 Kellway Dr. Ste 150,   Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2018            Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2018 at the address(es) listed below:  
    BRAD J. SADEK    on behalf of Debtor Robert Turner brad@sadeklaw.com, bradsadek@gmail.com  
    KEVIN M. BUTTERY    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. NATIONAL ASSOCIATION, AS LEGAL TRUSTEE bkyefile@rasflaw.com  
    REBECCA ANN SOLARZ    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. NATIONAL ASSOCIATION, AS LEGAL TRUSTEE bkgroup@kmllawgroup.com  
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
    WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                   TOTAL: 5

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-15761-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Robert Turner
2632 Lamott Avenue
Willow Grove PA 19090

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/13/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 13: U.S. ROF III Legal Title Trust 2015-1, C/O Fay Servicing LLC, 3000 Kellway Dr. Ste 150, Carrollton, TX 75006 | Wilmington Savings Fund Society, FSB<br>AMIP Management, LLC<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/15/18

Tim McGrath
**CLERK OF THE COURT**