United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert Turner  
      Debtor

Case No. 17-15761-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Sep 24, 2018  
                            Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2018.  
db            +Robert Turner,   2632 Lamott Avenue,    Willow Grove, PA 19090-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2018 at the address(es) listed below:  
         BRAD J. SADEK    on behalf of Debtor Robert  Turner brad@sadeklaw.com,  bradsadek@gmail.com  
         KEVIN M. BUTTERY    on behalf of Creditor   U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. NATIONAL ASSOCIATION, AS LEGAL TRUSTEE bkyefile@rasflaw.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. NATIONAL ASSOCIATION, AS LEGAL TRUSTEE bkgroup@kmllawgroup.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   FCI Lender Services, Inc. bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Robert Turner | Debtor | CHAPTER 13 |
| FCI Lender Services, Inc. | Movant | |
| vs. | | NO. 17-15761 JKF |
| Robert Turner | Debtor | |
| Blondell G. Turner | Co-Debtor | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller, Esquire | Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtors' residence is **$13,273.52**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | February 2018 to September 2018 at $1,660.44/month |
| Suspense Balance: | $10.00 |
| **Total Post-Petition Arrears** | **$13,273.52** |

2. The Debtor(s) shall cure said arrearages in the following manner;

    a). Beginning on October 1, 2018 and continuing through March 1, 2019, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$1,660.44** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$2,212.26 for October 2018 to February 2019 and $2,212.22 for March 2019** towards the arrearages on or before the last day of each month at the address below;

    Fay Servicing, LLC
    3000 Kellway Dr., Suite 150
    Carrollton, TX 75006

    b). Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtors' attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   September 12, 2018                    By: /s/ Rebecca A. Solarz, Esquire
                                                  Rebecca A. Solarz, Esquire

Date:   9/13/18
                                                  Brad J. Sadek, Esquire
                                                  Attorney for Debtors

Date:   9/21/2018                                 /s/ Polly A. Langdon, Esquire for
                                                  William C. Miller, Esquire
                                                  Chapter 13 Trustee

The foregoing stipulation is Approved by the Court this 24th day of September, 2018. However, the court retains discretion regarding entry of any further order.

*Jean K. Fitzsimon*

Bankruptcy Judge
Jean K. Fitzsimon