# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Turner <br>                     Debtor(s) | |
| | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B, its successors and/or assigns <br>                     Movant <br>     vs. | NO. 17-15761 JKF |
| Robert Turner <br>                     Debtor(s) | |
| Frederick L. Reigle Esq. <br>                     Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. NATIONAL ASSOCIATION, AS LEGAL TRUSTEE, which was filed with the Court on or about **January 4, 2019**.

                                        Respectfully submitted,

                                        **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        412-430-3594

January 7, 2019