# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Turner<br>　　　　　　　　　　Debtor<br><br>Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B<br>　　　　　　　　　　Movant<br>　　　vs.<br><br>Robert Turner　　　　　Debtor<br><br>Blondell G. Turner　　　Co-Debtor<br><br>and WILLIAM MILLER*R　　Trustee | Chapter 13<br><br><br>NO. 17-15761 JKF |

## ORDER

AND NOW, this  15th  day of  January , 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 24, 2018,

It is ORDERED A~~ND DECREED~~ that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2632 Lamott Avenue Willow Grove, PA 19090.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Robert Turner
2632 Lamott Avenue
Willow Grove, PA 19090

Blondell G. Turner
2632 Lamott Avenue
Willow Grove, PA 19090

WILLIAM MILLER*R
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532