United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15761-jkf
Robert Turner                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 1              Date Rcvd: Jan 16, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
db              +Robert Turner,    2632 Lamott Avenue,    Willow Grove, PA 19090-4411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                       Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Robert  Turner brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
               NATIONAL ASSOCIATION, AS LEGAL TRUSTEE kbuttery@rascrane.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
               NATIONAL ASSOCIATION, AS LEGAL TRUSTEE bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FCI Lender Services, Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner
               Trustee of the Residential Credit opportunities Trust V-B bkgroup@kmllawgroup.com
              SCOTT  WATERMAN     ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert Turner<br>　　　　　　　　　Debtor<br><br>Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B<br>　　　　　　　　　Movant<br>　　vs.<br><br>Robert Turner　　　　Debtor<br><br>Blondell G. Turner　　Co-Debtor<br><br>and WILLIAM MILLER*R　　Trustee | Chapter 13<br><br>NO. 17-15761 JKF |

## ORDER

AND NOW, this 15th day of January, 2019 upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on September 24, 2018,

It is ORDERED AXXXXXXXXXXX that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow Wilmington Savings Fund Society, FSB as Owner Trustee of the Residential Credit Opportunities Trust V-B and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2632 Lamott Avenue Willow Grove, PA 19090.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jean K. FitzSimon

cc: See attached service list

Robert Turner
2632 Lamott Avenue
Willow Grove, PA 19090

Blondell G. Turner
2632 Lamott Avenue
Willow Grove, PA 19090

WILLIAM MILLER*R
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532