United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-15761-jkf
Robert Turner                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: YvetteWD            Page 1 of 2            Date Rcvd: Mar 27, 2019
                                Form ID: pdf900           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db          +Robert Turner,    2632 Lamott Avenue,    Willow Grove, PA 19090-4411
cr          +U.S. BANK NATIONAL ASSOCIATION,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L.,    6409 CONGRESS AVE.,,
              SUITE 100,    BOCA RATON, FL  33487,    UNITED STATES 33487-2853
cr          +U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S. NAT,    Robertson, Anschutz & Schneid, P. L.,
              6409 Congress Avenue, suite 100,    Boca Raton, FL 33487-2853
13973602    +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14035413     Directv, LLC,    by American InfoSource LP as agent,    PO Box 5008,
              Carol Stream, IL  60197-5008
13973604    +Helm Assocs,    801 Bristol Pike,    Croydon, PA 19021-5447
13988222     U.S. Bank National Association,    Legal Trustee,    c/o Robertson, Anschutz & Schneid,
              Bankruptcy Dept.,    649 Congress Avenue, Suite 100,    Boca Raton, FL   33487
14161338    +U.S. ROF III LEGAL TITLE TRUST 15-00001,,    BY US NATIONAL ASSOCIATION LEGAL TRUSTEE,
              c/o REBECCA ANN SOLARZ,    710 Market Street, Suite 5000,    Philadelphia, PA 19106-2312
14037982    +U.S. ROF III Legal Title Trust 2015-1,    C/O Fay Servicing LLC,    3000 Kellway Dr. Ste 150,
              Carrollton, TX 75006-3357
14196376    +Wilmington Savings Fund Society, FSB,    AMIP Management, LLC,
              3020 Old Ranch Parkway, Suite 180,    Seal Beach, CA 90740-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Mar 28 2019 02:48:00    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 28 2019 02:47:36
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 28 2019 02:47:56    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:32
              Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:32
              Capital One Auto Finance, a division of Capital On,    c/o Ascension Capital Group,
              P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
13973598    +E-mail/Text: bkrpt@retrievalmasters.com Mar 28 2019 02:47:47
              AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
              4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
13973600    +E-mail/PDF: cbp@onemainfinancial.com Mar 28 2019 02:49:29
              American General Financial/Springleaf Fi,    Attention: Bankruptcy,    Po Box 3251,
              Evansville, IN 47731-3251
14030617     E-mail/PDF: resurgentbknotifications@resurgent.com Mar 28 2019 02:49:34
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
              Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13973601    +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Mar 28 2019 02:49:22
              Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
13984962    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:20
              Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 165028,    Irving, TX 75016-5028
13973605    +E-mail/PDF: pa_dc_claims@navient.com Mar 28 2019 02:49:33    Navient,    Attn: Claims Dept,
              Po Box 9500,    Wilkes-Barr, PA 18773-9500
14016822     E-mail/PDF: pa_dc_claims@navient.com Mar 28 2019 02:49:45    Navient CFC c/o,
              Navient Solutions, LLC..,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
13973607    +E-mail/Text: bankruptcy@sw-credit.com Mar 28 2019 02:47:48    Southwest Credit Systems,
              4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13973608    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 28 2019 02:47:21
              Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
              Weldon Springs, MO 63304-2225
14009065     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 28 2019 02:49:47    Verizon,
              by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
13977635    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 28 2019 02:49:20    Zann Welch,
              Claims Processor,    Bankruptcy Servicer for Capital One,    Auto Finance,    P.O. Box 165028,
              Irving, TX 75016-5028
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13973599*    +AMCA/American Medical Collection Agency,    Attention: Bankruptcy,
               4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1615
13973606*    +Navient,    Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
13973603    ##+Fay Servicing LLC,    939 W North Ave,    Chicago, IL 60642-8029
                                                                                TOTALS: 0, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: YvetteWD             Page 2 of 2                   Date Rcvd: Mar 27, 2019
                              Form ID: pdf900            Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Robert  Turner brad@sadeklaw.com,  bradsadek@gmail.com
              KEVIN M. BUTTERY    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
               NATIONAL ASSOCIATION, AS LEGAL TRUSTEE kbuttery@rascrane.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. ROF III LEGAL TITLE TRUST 2015-1, BY U.S.
               NATIONAL ASSOCIATION, AS LEGAL TRUSTEE bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    FCI Lender Services, Inc. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as Owner
               Trustee of the Residential Credit opportunities Trust V-B bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

ROBERT   TURNER

                                                    : Bankruptcy No. 17-15761JKF
           Debtor(s)                        : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

       AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       ORDERED, that any wage orders are hereby vacated.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

Dated: March 27, 2019

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET     SUITE 502
PHILADELPHIA PA 19107-

ROBERT   TURNER
2632 LAMOTT AVENUE
WILLOW GROVE, PA 19090